# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINCENTE F. GIBBS | : | |
| | : | |
| v. | : | C.A. No. 07-353A |
| | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration | :<br>:<br>: | |

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the defendant, Michael J. Astrue, against the plaintiff, Vincente F. Gibbs, pursuant to the Court's Memorandum and Order dated April 29, 2008, GRANTING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and DENYING Plaintiff's Motion to Reverse the Decision of the Commissioner.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

April 29, 2008